UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| CHRIS CARRINGTON,<br><br>      Plaintiff,<br><br>v.<br><br>ALLIANCE ENTERTAINMENT, LLC and<br>MECCA ELECTRONICS INDUSTRIES, INC.<br>Jointly and Severally,<br><br>      Defendants. | Civil Action No. 1:20-cv-05054 (ENV)(LB)<br><br>PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT |

To: Lauren X. Topelsohn, Esq.
   MANDELBAUM SALSBURG P.C.
   *Attorneys for Defendants*
   1270 Avenue of the Americas, Suite 1808
   New York, NY 10021
   Phone: (212) 776-1834
   LTopelsohn@lawfirm.ms

   PLEASE TAKE NOTICE that pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Chris Carrington, through his undersigned counsel, hereby accepts Defendants' Offer of Judgment to Plaintiff dated May 25, 2021, attached hereto as Exhibit A.

Dated: May 25, 2021            Respectfully submitted,

                       */s/ Douglas Lipsky*
                       Douglas Lipsky, Esq.
                       LIPSKY LOWE LLP
                       ATTORNEYS FOR PLAINTIFF
                       420 Lexington Avenue, Suite 183
                       New York, NY 10170-1830
                       doug@lipskylowe.com

# EXHIBIT A

Lauren X. Topelsohn, Esq
MANDELBAUM SALSBURG P.C.
1270 Avenue of the Americas, Suite 1808
New York, NY 10021
Phone: (212) 776-1834
LTopelsohn@lawfirm.ms

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRIS CARRINGTON, individually and on behalf of all other persons similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>ALLIANCE ENTERTAINMENT, LLC and MECCA ELECTRONICS INDUSTRIES, INC. Jointly and Severally,<br><br>                              Defendants. | Civil Action No. 1:20-cv-05054 (ENV)(LB)<br><br>OFFER OF JUDGMENT PURSUANT TO RULE 68 OF THE F.R.C.P, |

TO:   Douglas Lipsky, Esq.
      LIPSKY LOWE LLP
      420 Lexington Avenue, Suite 1830
      New York, NY 10170-1830
      Email: doug@lipskylowe.com
      *Attorneys for Plaintiff*

Pursuant to Federal Rule of Civil Procedure 68 ("**Rule 68**"), Defendants, Alliance Entertainment, LLC and Mecca Electronics Industries, Inc. ("**Defendants**"), hereby offer to allow judgment to be taken against them jointly in this action in the total amount of $6,740.00, which is inclusive of all prejudgment interest, penalties, attorneys' fees, all costs, and other damages of any kind sought by Plaintiff in this action.

In exchange for this offer, Plaintiff will release, and forever discharge, Defendants, and their officers, agents, and employees from all claims and damages stated in the Complaint and any and all claims and damages that could have been stated in the Complaint.

This Offer of Judgment is made solely for the purposes specified in Rule 68, and is not to be construed either as an admission that Defendants are liable in this action or that the Plaintiff has suffered any damages.

Dated: May 25, 2021

Very truly yours,

/s/Lauren X. Topelsohn
Lauren X. Topelsohn, Esq
MANDELBAUM SALSBURG P.C.
1270 Avenue of the Americas, Suite 1808
New York, NY 10021
Phone: (212) 776-1834
LTopelsohn@lawfirm.ms