UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
CHRIS CARRINGTON,

                                                                                                    JUDGMENT

                          Plaintiff,                              20-cv-05054 (ENV)(LB)

   v.

ALLIANCE ENTERTAINMENT, LLC and
MECCA ELECTRONICS INDUSTRIES, INC.
Jointly and Severally,

                          Defendants.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 26, 2021; and Defendants Alliance Entertainment, LLC and Mecca Electronics Industries, Inc. having offered to allow judgment in this action to be taken against them and in favor of plaintiff Chris Carrington in the total amount of $6,740.00, which is inclusive of all prejudgment interest, penalties, attorneys' fees, all costs, and other damages of any kind sought by Plaintiff in this action; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Chris Carrington and against Defendants Alliance Entertainment, LLC and Mecca Electronics Industries, Inc in the total amount of $6,740.00, which is inclusive of all prejudgment interest, penalties, attorneys' fees, all costs, and other damages of any kind sought by Plaintiff in this action.

Dated: Brooklyn, New York                                 Douglas C. Palmer
       June 2, 2021                                                Clerk of Court

                                                        By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk